AO 91 (Rev. 11/11) Criminal Complaint   (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| TERRENCE GAY | ) | |
| | ) | 3:26 MR 112 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 23, 2026 _____ in the county of _____ Montogmery _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a)-(b) | Assault of Ferderal Officers with a Deadly and Dangerous Weapon. |
| 18 U.S.C. § 1114(a)(3) | Attempted Murder of a Federal Officer. |
| 18 U.S.C. § 924(c)(1)(A) | Discharging a Firearm During a Crime of Violence. |
| 18 U.S.C. §§ 922(g)(1)&924(a)(8) | Possession of a Firearm by a Prohibited Person. |

This criminal complaint is based on these facts:

See affidavit of SA Jordan Flexman, FBI

☑ Continued on the attached sheet.

*Jordan Flexman*
*Complainant's signature*

SA Jordan Flexman, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means)*.

Date: __3/24/26,__

_____
*Judge's signature*

City and state: __Dayton, Ohio__

UNITED STATES MAGISTRATE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMININAL COMPLAINT

I, Jordan Flexman, a Special Agent with the Federal Bureau of Investigation (FBI) Cincinnati Division-Dayton Resident Agency, being duly sworn do state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been since September 2019. In my current capacity, I am responsible for investigating violations of United States law relating to criminal matters. During my employment with the FBI, I have conducted and participated in a wide variety of investigations to include money laundering, tax violations, structuring, wire fraud, sexual assault of a minor, murder, and other violations of federal law. I have participated in the execution of search warrants and arrest warrants in such investigations.

## PURPOSE OF AFFIDAVIT

2. I make this affidavit in support of an arrest warrant for, and a criminal complaint against, **Terrence GAY** for:

   a. Knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, or interfered with a federal agent or officer while engaged in or on account of the performance of his official duties, and in doing so brandished and discharged a firearm in the presence of federal task force officers, in violation of Title 18, U.S.C., § 111(a)-(b)

   b. Attempt to murder a federal agent, in violation of Title 18, U. S.C. § 1114(a)(3);

   c. knowing discharge of a firearm during and in relation to a crime of violence for which the person may be prosecuted in a court of the United States, in violation of Title 18, U.S.C. § 924(c)(1)(A)(iii);

    d. felon in possession of a firearm, in violation of Title 18, U.S.C. § 922(g)(l) and 924(a)(8).

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This Affidavit does not contain every fact known to the investigation, but only those deemed necessary to demonstrate sufficient probable cause to support the charges alleged in the complaint.

## **PROBABLE CAUSE**

5. On September 3, 2021, The United States District Court for the Western District of Missouri, Kansas City Office issued an arrest warrant for Terrence **GAY** ████ for Failure to surrender to the United States Marshal for service of sentence as ordered by U.S. District Court Judge Howard F. Sachs originating charges of Conspiracy to Distribute Fentanyl, and Possession with Intent to Distribute Fentanyl. The case was referred to the United States Marshal Service W/MO Missouri Violent Fugitive Task Force (KC Office) (MVFT).

6. On March 19, 2026, Southern District of Ohio Fugitive Apprehension Strike Team (SOFAST) had developed new information on the possible whereabouts for **GAY**. On March 23, 2026, officers traveled to 755 Edgemont Ave., Dayton, Ohio to conduct physical surveillance. During surveillance officers observed a white Cadillac SRX barring Ohio License Plate KVL6836 arrive at the residence parking directly in front of 755 Edgemont Ave., Dayton, Ohio. One male occupant identified as Terrence **GAY** exited the vehicle, checked the mailbox and used a key to enter the residence. **GAY** was inside the residence for approximately 30-45 minutes before officers observed him exiting the residence, again using a key to lock the door, and leaving in the same vehicle he arrived in. Officers maintained

surveillance at 755 Edgemont for several hours and observed no other occupants coming and going from the residence.

7. Approximately 3-4 hours later, the white Cadillac SRX with same Ohio License Plate KVL6836 returned to 755 Edgemont Ave., Dayton, Ohio, parking in front of the residence. **GAY** was again observed exiting the driver side of the vehicle as the single occupant of the vehicle wearing the same clothing description observed by officers earlier that day. **GAY** again used a key to enter the residence through the front door. Officers then surrounded the residence with marked and unmarked police vehicles. Officers activated their emergency lights and sirens and began announcing their presence and purpose over the PA system inside their vehicles. For several minutes, officers continued to announce their presence, i.e. stating that they were the U.S. Marshals, and purpose. At this time, officers began speaking with neighbors who were able to identify **GAY** by a photo. Neighbors advised they knew him by a different name but were familiar with the photo. This aligns with the information developed over the course of the investigation that it was believed **GAY** had assumed and was living under a false identity.

8. Officers continued to make several sets of announcements and deploy distraction devices at the front and rear of the residence to attempt to gain compliance from **GAY** to exit the residence. **GAY** continued to ignore officers' commands and not exit the 755 Edgemont Ave. address. Over the course of the investigation numerous interviews were conducted with known family members, associates, and reliable sources regarding **GAY**. On multiple occasions, officers were warned and advised that **GAY** had made comments and threats that he would not go back to prison and should be considered armed and dangerous. Additionally, due to **GAY's** extensive criminal history and prior information of the threats for officers'

safety, officers used a less lethal device to breach the front side window to try and gain compliance from **GAY**. Four less lethal bean bag rounds were deployed at the front window to breach the residence. Three rounds successfully breached the window while one impacted the front window seal of the residence. Immediately after officers breached the window, **GAY** began firing at officers from deep inside the residence. Approximately 12 rounds were fired at officers with one striking an unmarked MCSO vehicle where officers were located. Officers then requested assistance from Dayton Police SWAT and Montgomery County SWAT. Officers continued to hold the perimeter and waited for SWAT to arrive on-scene. During this time the USMS Dayton Office received a phone call from ▮▮▮▮▮▮ who advised he was **GAY's** attorney. A three-way call between **GAY**, ▮▮▮ and Dayton SWAT was made to arrange **GAY's** surrender peacefully. Shortly after the call **GAY** started to exit the residence. As **GAY** exited, he was shuffling, and officers saw him kick something black off the porch. It was later determined that what **GAY** kicked was a handgun. When **GAY** exited the residence, he complied with officer's commands and was taken into custody. **GAY** was then transported to Montgomery County Jail. Officers swept the residence, and **GAY** was the only individual in the residence.

9. The Montgomery County Sheriff's Office handled evidence collection and crime scene processing. Montgomery Country Sheriff's Office collected a Springfield Armory 9mm pistol and a total of (12) expended shell casings. The shell casings are expected to come from the Springfield Armory 9mm pistol.

10. A review of **GAY's** criminal history, reveals **GAY** has prior convictions for Aggravated Robbery, Theft, and Kidnapping in Montgomery County Common Pleas Case Number 2007CR532. **GAY** was sentenced to a total of 6 years in imprison and an additional three-

year firearm specification, for an aggregate sentence of 9 years. Based on this sentence, GAY

was aware that he was prohibited from possessing firearms.

## CONCLUSION

11. Based on the aforementioned factual information, we respectfully submit that there is

probable cause to issue a criminal complaint against, and an arrest warrant for, **Terrence**

**GAY**.

*Jordan Flexman*

Jordan Flexman
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on this
2 4th day of March, 2026.

UNITED STATES MAGISTRATE