## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | JUDGE  3:26 cr 026 |
| | | THOMAS M. ROSE |
| v. | : | <u>INDICTMENT</u><br>18 U.S.C. § 111(a) & (b) |
| TERRENCE D.  GAY, | : | 18 U.S.C. §§ 1114(a)(3), 1113, & 1111<br>18 U.S.C. § 924(c)(1)(A)(iii) |
| Defendant. | : | 18 U.S.C. §§ 922(g)(1) & 924(a)(8)<br>18 U.S.C. §§ 922(g)(2) & 924(a)(8) |
| | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### (Assault of Federal Officers with a Deadly and Dangerous Weapon)

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay,

knowingly using a dangerous and deadly weapon, forcibly assaulted, resisted, opposed, impeded,

intimidated, and interfered with officers and employees of the United States, specifically, deputy

U.S. marshals and federal task force officers, while they were engaged in and on account of the

performance of their official duties.

In violation of 18 U.S.C. § 111(a) & (b).

### COUNT 2
### (Attempted Murder of Federal Officers)

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay,

acting with intent to kill, attempted to murder officers and employees of the United States, namely,

deputy U.S. marshals and federal task force officers, while they were engaged in and on account

of the performance of their official duties.

In violation of 18 U.S.C. §§ 1114(a)(3), 1113, & 1111.

### COUNT 3
**(Use, Carrying, and Discharge of a Firearm During Crimes of Violence)**

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay knowingly used, carried, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a Court of the United States, namely, assault of federal officers with a deadly and dangerous weapon, as charged in Count 1 of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### COUNT 4
**(Use, Carrying, and Discharge of a Firearm During Crimes of Violence)**

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay knowingly used, carried, and discharged a firearm during and in relation to crimes of violence for which he may be prosecuted in a Court of the United States, namely, attempted murder of federal officers, as charged in Count 2 of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

### COUNT 5
**(Being a Felon in Possession of a Firearm)**

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm that had been shipped and transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(8).

## COUNT 6
**(Being a Fugitive from Justice in Possession of a Firearm)**

On or about March 23, 2026, in the Southern District of Ohio, Defendant Terrence D. Gay,

knowing he was a fugitive from justice, knowingly possessed in and affecting commerce a firearm

that had been shipped and transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(2) & 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, Defendant Terrence D. Gay shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to the following:

- Bulldog Pug revolver, bearing serial number 79294, with any attachments and ammunition;
- Roman Mini Draco rifle, bearing serial number PE-6552-2018RO, with any attachments and ammunition;
- Sturm Ruger handgun, bearing serial number 34023608, with magazine and any ammunition;
- Black AR rifle, serial number unknown, with 2 magazines and any ammunition;
- .22 short revolver, bearing serial number 281323, with any attachments and ammunition;
- Springfield XD9 pistol, bearing serial number AT189064, with any attachments and ammunition; and
- Miscellaneous ammunition, magazines, and scope.

A TRUE BILL

S/

FOREPERSON

DOMINICK S. GERACE II
United States Attorney

ERICA D. LUNDERMAN
BRENT G. TABACCHI
Assistant United States Attorneys

4